IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01540-MSK-MEH

ARUNE NARBUTIENE,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
MARIO ORTIZ, District Director, Department of Homeland Security,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

    IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

    Dated this 11th day of August, 2006.

                                    BY THE COURT:

                                    Marcia S. Krieger
                                    United States District Judge

Dockets.Justia.com