IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01540-MSK-MEH

ARUNE NARBUTIENE,

        Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
MARIO ORTIZ, District Director, Department of Homeland Security,

        Defendants.

_____

### ORDER SETTING HEARING PURSUANT TO FED. R. CIV. P. 16
_____

**THIS MATTER** comes before the Court upon a Complaint filed by the Petitioner seeking

review of the Respondent's failure to act on his citizenship petition.  In light thereof, a hearing

pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)    A hearing is set for **October 16, 2006** at **4:30 p.m.** in Courtroom A901 of the
United States Courthouse located at 901 19th Street, Denver, Colorado.

(2)     No later than **October 2, 2006**, the parties shall meet and confer regarding the standard of review and the contents of the administrative record.  At the conference, the parties shall be prepared to address matters relating to the adminstrative record and be prepared to set a briefing schedule.

Dated this 21st day of September, 2006

              **BY THE COURT:**

              Marcia S. Krieger
              United States District Judge